(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Marquis Mason 506146
(Name of Plaintiff)   (Inmate Number)

P.O. Box 9561, Wilm, Del 19809
(Complete Address with zip code)

08 - 129

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Education Department
(2) Jill Walters
(3) Medical Committee
(Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

11-28-07, Case 1:07-cv-0077-6-GMS

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • •(Yes)• •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •(Yes)• •No

C. If your answer to "B" is Yes:

  1. What steps did you take? I filed grievances which were denied, talked to captains, SGT's, etc.

  2. What was the result? Denied. All my request and complaints were rejected

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Jim Wolters

  Employed as Supervisor of MGT at Howard R. Young

  Mailing address with zip code: 1301 East 12th Street P.O. Box 9561, Wilm, Del 19809

(2) Name of second defendant: Education Department

  Employed as Education unit at Howard R. Young

  Mailing address with zip code: 1301 East 12th Street, P.O. Box 9561 Wilm, Del 19809.

(3) Name of third defendant: Medical Committee

  Employed as Medical at Howard R. Young

  Mailing address with zip code: 1301 East 12th Street.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Dates from April 2002 - Present. Inadequate prison conditions and unsanitary housing. Inmates also myself are Transferred and moved into different cells without any cleaning or disinfect-

2. ect being done which heightens risk of disease. Also there are no contributions no cleaning supplies, prison overcrowding, Juveniles with adults etc inmates Risk Assessment. Inad-

3. equate education facilities and library access upon disposition of my case. I was ordered by Judge Jane Brady on Jan-16-07 ~~[scribbled out]~~ and assured education opportunity. As of this Date

Con, separate page

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Where I Marquis Mason prays for Judgement in my favor and damages in my favor against all Defendants in an amount sufficient to compensate me for the pain and mental anguish →

3

4

I am still denied my eight amendment right. My library access has also been denied. Inadequate mail facilities (correspondence) The mail process at the prison is extremely inadequate, my mail was frequently lost, misplaced or given to another inmate in error. This violates my first amendment right. Inadequate safety and unsafe environment correction officers Norris and Sharma, under the authority of Lt. McMillen and Sid Walters knowingly also committed acts of negligent security, Norris and Sharma around us a number of other correctional officers housed and opened the cell doors of Adults with me a juvenile. I am housed with sex offenders and child molesters the intermingling of prisoners. These guards were well aware of the severe danger to the plaintiff. The prison guards/supv. failed to provide the plaintiff safety and properly supervise the prison. They also purposely also failed to provide the plaintiff with timely medical assistance, thereby depriving the plaintiff of his civil rights, guaranteed by the constitution and laws of the United States and the State of Delaware. These accusations/fact are from April 2007 until now the present. The plaintiff was sent to the Hole for disciplinary reason in April 2007

5

June 2007. It is currently March of 2008 and I am currently still denied to group with General Population. As a Retaliatory response from the warden and Jill Walters, I am still being denied sufficient recreation out of his cell that is required by law. ~~this constitutes~~ I am only allowed out of my cell every 46 to 63 hours. Outdoors exercise is denied which denies me to see any fresh air, which violates 8 amendment right. (See Spain v. Procunier, 600 F.2d 189, 199 (9th Cir 1979) stating that prisoners cannot be confined to small cells more then 24 hours without outdoor exercise within weekly permitting, other conditions that may establish cruel and unusual punishment forbidden by the 8th amendment include unsanitary facilities, over crowding, inadequate heating and ventilation, lack of safety such as call buttons, we must kick doors to alert for a need) Etc. Out of every 46 to 63 hrs. being allowed out of a small confined cell, allowed only one hour to shower and exercise indoors in a very small area, then relocked in my cell for another 46-63 hrs. This is cruel and unusual punishment. See Toussaint v. McCarthy, 597 F. Supp 1388, 1409-11 (N.D. Cal 1984) Finding constitutional violations due to certain conditions including unsanitary clothing. The medical committee (Dr. Farrow,

6

excercised deliberate indifference to my health by failing to provide adequate medical care following chest and heart problems with me. The medical committe intentionally did not administer the correct medication to the Plaintiff, me. By given me allergy medication. They also refused to fulfill any of my request and sick call's for follow up care. As a result of the medical committe's deliberate indifference to my condition, I have suffered further pain and mental anguish. I continued to suffer from migraine, Heavy chest Pains, Head Pains, or general pain throughout my body, and the medical committe refused to provide adequate pain medications for me. In addition I was unable to eat properly due to the excessive negligence by the medical committe which violates my 8th amendment. All these violations and acts represent a pattern of events demonstrating Intentional retaliation against me by defendents williams and walter, medical committe. I am still a Juvenile (D.O.B. 90) and this is very cruel for and to me. I should be housed with other Juvenile's not adults and sex offenders.

2. suffered by Due to the deliberate indifference and intentional misconducts of the defendants, but in no event less then 300,000.00, together with my attorneys fees, such additional relief as the court may deem just and proper.

3. No less then three hundred thousand dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __MM__ day of __February 29__, 2__008__.

__Malavic Mason__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4