08-129, UNA

03-07-08

To whom it may concern of the Clerk of the U.S. District Court, I am Marquis Mason as you should know from the documents I filed out. Anyway I am writing to inform you that I will need two additional copies of the Complaint previously inside. I am willing to prepay the Clerk for such copies, I had ran out of copies and have no access to more at the moment. So if the copies inside with this letter can be copied for the defendants I will appreciate it. There's currently four copies inside and I only need two more copies for the records. Thank you and let me so the ~~~~ properly way to start the pre-payment for the additional two copies of this complaint inside. Thank you for your time. God Bless and take care.


Marquis Mason
SBI# 506446


RECEIVED
MAR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE