IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-129-GMS |
| | ) |
| EDUCATION DEPARTMENT, | ) |
| JILL WALTERS, AND MEDICAL | ) |
| COMMITTE, | ) |
| | ) |
| Defendants. | ) |

FILED
MAR 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Marquis Mason, SBI #506146, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $38.47 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 13, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: March 17, 2008.

_Marquis Mason_
Signature of Plaintiff

Aaron J. Moash
SBI # 506616
P3 B1 R31

WILMINGTON DE 197
18 MAR 2008 PM 3 T

Office of the
US District Court
844 N King St
Lockbox 18
Wilmington DE 19

"LET US DARE TO
THINK, SPEAK AN[D]
John Adams 1765"
41 USA