06-01-08

To whom it may concern, I am Maravis-Mason SBI# 506146. I'm writing concerning my lawsuite case # 1:08-cv-129 Judge Gregory M. Sleet. I will like to know when to mail my 265 forms off and what's going on with my case. It's been 3 months since I heard anything about my civil action against the prison. So if you can please respond back to my letter and let me know some thing's I will appreciate it. Any information is good thank you for your time and have a nice day.

God Bless You

Yours truely

Maravis Mason
SBI# 506146

FILED
JUN - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Marquis Mason
SBI # 506146
P.O. Box 500
Smyrna, DE 19977

WILMINGTON DE 197
02 JUN 2008 PM 3 L

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington DE 19801-3570