IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 08-129-GMS |
| | ) |
| EDUCATION DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff Marquis Mason filed a complaint on March 4, 2008 (D.I. 2);

WHEREAS, on May 28, 2008, an order was entered dismissing the complaint and giving the plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 7);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 31st day of July, 2008, IT IS ORDERED that the case is **CLOSED** for failure to file an amended complaint.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 3 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE